<table>
<tr><td>Leffler v. Verbosky .............</td><td>52A02–1610–JP–2275</td><td>06/22/2017</td><td>BARNES, J.<br>KIRSCH, J.<br>ROBB, J.</td><td>Reversed and remanded<br>Concurs<br>Dissents with opinion</td></tr>
<tr><td>King v. State ..................</td><td>90A02–1610–CR–2469</td><td>06/22/2017</td><td>BARNES, J.<br>BAKER, J.<br>CRONE, J.</td><td>Affirmed<br>Concurs<br>Concurs</td></tr>
<tr><td>Stanley v. Pawnee Leasing Corp.</td><td>54A01–1609–CC–2176</td><td>06/22/2017</td><td>ALTICE, J.<br>KIRSCH, J.<br>MATHIAS, J.</td><td>Affirmed<br>Concurs<br>Concurs</td></tr>
<tr><td>Walker v. State ................</td><td>46A03–1604–CR–870</td><td>06/22/2017</td><td>ALTICE, J.<br>KIRSCH, J.<br>MATHIAS, J.</td><td>Affirmed<br>Concurs<br>Concurs</td></tr>
<tr><td>Troy v. State ...................</td><td>67A05–1611–CR–2553</td><td>06/22/2017</td><td>BAILEY, J.<br>VAIDIK, C.J.<br>ROBB, J.</td><td>Affirmed<br>Concurs<br>Concurs</td></tr>
<tr><td>Cain v. State...................</td><td>49A02–1611–CR–2562</td><td>06/22/2017</td><td>BAILEY, J.<br>VAIDIK, C.J.<br>ROBB, J.</td><td>Affirmed<br>Concurs<br>Concurs</td></tr>
<tr><td>Howard v. State ...............</td><td>20A05–1609–CR–2064</td><td>06/22/2017</td><td>ALTICE, J.<br>KIRSCH, J.<br>MATHIAS, J.</td><td>Affirmed<br>Concurs<br>Concurs</td></tr>
<tr><td>Spinks v. State.................</td><td>49A02–1606–CR–1269</td><td>06/23/2017</td><td>ALTICE, J.<br>BAKER, J.<br>PYLE, J.</td><td>Affirmed<br>Concurs<br>Concurs</td></tr>
<tr><td>Simcox v. State ...............</td><td>52A02–1702–CR–280</td><td>06/23/2017</td><td>NAJAM, J.<br>MATHIAS, J.<br>ALTICE, J.</td><td>Affirmed<br>Concurs<br>Concurs</td></tr>
<tr><td>Brown v. State.................</td><td>18A02–1701–CR–124</td><td>06/23/2017</td><td>ALTICE, J.<br>KIRSCH, J.<br>MATHIAS, J.</td><td>Affirmed<br>Concurs<br>Concurs</td></tr>
<tr><td>White v. State .................</td><td>02A05–1702–CR–304</td><td>06/23/2017</td><td>NAJAM, J.<br>RILEY, J.<br>BRADFORD, J.</td><td>Affirmed<br>Concurs<br>Concurs</td></tr>
<tr><td>C.B., In re....................</td><td>35A02–1611–JT–2548</td><td>06/23/2017</td><td>NAJAM, J.<br>RILEY, J.<br>BRADFORD, J.</td><td>Affirmed<br>Concurs<br>Concurs</td></tr>
</table>